# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Supervised Release) |
| BERNETTA MELISSA MATTAIR | Case Number:  8:06-cr-308-T-23MAP |
| | USM Number:  70954-004 |
| | Defendant's Attorney:  James W. Smith, III, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the March 21, 2008, petition (Doc. 4).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, solicitation to purchase cocaine | 02/27/08 |
| Two | New criminal conduct, offer to commit prostitution | 02/27/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 2, 2008
Date of Imposition of Sentence

_/s/ Steven D. Merryday_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

September 4th, 2008
Date

DEFENDANT: BERNETTA MELISSA MATTAIR  Judgment - Page 2 of 3
CASE NUMBER: 8:06-cr-308-T-23MAP

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHT (8) MONTHS**

__X__   The court makes the following recommendations to the Bureau of Prisons: **award recognition for time served for Hillsborough County Circuit Court Case No. 08-CF-04062**

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | |
|---|---|
| DEFENDANT: BERNETTA MELISSA MATTAIR | Judgment - Page 3 of 3 |
| CASE NUMBER: 8:06-cr-308-T-23MAP | |

## SUPERVISED RELEASE

**NO FURTHER TERM OF SUPERVISION IS IMPOSED**